**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID GREEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ORANGE BANK & TRUST COMPANY,<br><br>Defendant. | Case No. 7:26-cv-06167-PMH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff David Green, by and through his undersigned counsel, hereby voluntarily dismisses this action against Defendant Orange Bank & Trust Company, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: September 28, 2026

Respectfully submitted,

*/s/ Jason H. Alperstein*

James E. Cecchi (NY Bar No. 2379113)
Jason H. Alperstein (NY Bar No. 4904983)
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
Fax: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

*Attorneys for Plaintiff and Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Jason H. Alperstein*
Jason H. Alperstein